IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

(A) ONE RURAL LOT, LOCATED AT NO. 5-B TORTUGO WARD, RIO PIEDRAS, PUERTO RICO, MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:

RUSTICA: Solar 5-B; localizado en el barrio Tortugo de Rio Piedras, con una cabida de 1189.87 metros cuadrados. Colinda por el Norte, en 18.31 metros con terrenos propiedad Cecilio Amado Cordero, por el Sur, en 28.56 metros, con un camino municipal, por el Este, en 79.91 metros, con la parcela rotulada #6 del plano de inscripción, caso #5-73-0610-LS y por el Oeste, en 52.50 metros, con el remanente de la finca de la cual se segrega que se marca como solar 5-A.

Inscrita en el Registro de la Propiedad de San Juan, Sección IV, al folio 271 del tomo 163, finca #5,575.

(B) ONE RURAL LOT, LOCATED AT CAMARONES WARD, ARECIBO, PUERTO RICO, MORE FULLY DESCRIBED AT THE Properties REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:

CIVIL NO. 97-2532 (RLA)

RUSTICA: Parcela de terreno en el barrio Camarones de Guaynabo, Puerto Rico, compuesto de 948.78 metros cuadrados en lindes por el Norte, en dos alineaciones con camino vecinal, al Sur, con Gonzalo Silva, Fermina Peña, Juan Colón, por el Este, con Juan Camacho, y por el Oeste, con la carretera estatal #20.

Inscrita en el Registro de la Propiedad de Guaynabo al folio 245 del tomo 371, finca 18,184.

Defendants.

## AMENDED STIPULATION FOR CONSENT JUDGMENT

TO THE HONORABLE COURT:

COME NOW plaintiff the United States of America, and claimant, Wilfredo Centeno De Jesus ("claimant"), through their respective undersigned attorneys, and very respectfully set forth and pray as follows:

1. The parties have reached an agreement whereby the claim of Wilfredo Centeno De Jesus, will be settled.

2. The parties have agreed that the plaintiff will release to claimant Defendant Property B, described in the above caption as follows:

> ONE RURAL LOT, LOCATED AT CAMARONES WARD, ARECIBO, PUERTO RICO, MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:
>
> RUSTICA: Parcela de terreno en el barrio Camarones de Guaynabo, Puerto Rico, compuesto de 948.78 metros cuadrados en lindes por el Norte, en dos alineaciones con camino vecinal, al Sur, con Gonzalo Silva, Fermina Peña,

2

Juan Colón, por el Este, con Juan Camacho, y por el Oeste, con la carretera estatal #20.

Inscrita en el Registro de la Propiedad de Guaynabo al folio 245 del tomo 371, finca 18,184.

3. In exchange for the release of the abovementioned defendant real property, the claimant will pay the United States Treasury Department **TWENTY FIVE THOUSAND DOLLARS ($25,000.00)**. This payment will be made in two installments of **TEN THOUSAND DOLLARS ($10,000.00)** and one installment of **FIVE THOUSAND DOLLARS ($5,000.00)**. The first payment to be made within thirty (30) days from the approval of this stipulation by the Court. The remaining payments to be made within thirty (30) and sixty (60) days thereafter. All payments are to be made prior to the release of the defendant real property further described in the above caption. Upon the payment by claimant of the total amount of **TWENTY FIVE THOUSAND DOLLARS ($25,000.00)**, said amount shall be forfeited to the United States, to be disposed of according to law.

4. The claimant further consents that **Defendant Property A**, more fully described as follows, be forfeited to the United States of America free and clear of any encumbrance:

> ONE RURAL LOT, LOCATED AT NO. 5-B TORTUGO WARD, RIO PIEDRAS, PUERTO RICO, MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:
>
> RUSTICA: Solar 5-B; localizado en el barrio Tortugo de Rio Piedras, con una cabida de 1189.87 metros cuadrados. Colinda por el Norte, en 18.31 métros con terrenos propiedad Cecilio Amado Cordero, por el Sur, en 28.56 metros, con un camino municipal, por el Este, en 79.91 metros, con la parcela rotulada #6 del plano de inscripción, caso #5-73-0610-LS y por el Oeste, en 52.50

> metros, con el remanente de la finca de la cual se segrega que se marca como solar 5-A.
>
> Inscrita en el Registro de la Propiedad de San Juan, Sección IV, al folio 271 del tomo 163, finca #5,575.

5. The claimant hereby releases and forever discharges the United States of America, the Internal Revenue Service, its officers, agents, servants and employees, its heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimant, his heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the above captioned defendant properties.

6. The claimant further agrees to hold and save the United States of America, the Internal Revenue Service, its servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention and forfeiture of the above captioned defendant properties.

7. The parties agree that the Judgment to be entered pursuant to this stipulation, shall be firm, final, unappealable, and considered as *res judicata* of any claims arising out of this captioned matter, once it is entered on docket.

8. This document contains the entire agreement between the parties with respect to the forfeiture of the captioned defendant

4

properties. This agreement supersedes all prior, if any understandings, promises and/or conditions and no additional promises, agreements and conditions will be entered into unless in writing and signed by all parties.

9. The parties agree that each shall bear its own costs, expenses and attorneys fees.

10. The attorneys for the parties represent that they have been duly authorized by their respective parties to enter into this Stipulation for Consent Judgment.

WHEREFORE, the above appearing parties respectfully request this Honorable Court to approve this Stipulation for Consent Judgment and in its consequence issue a Consent Judgment adopting and incorporating by reference its terms and provisions.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 31st of August, 1999.

Héctor A. Santiago Romero, Esq.
USDCPR- 208512
Torre Santander, Suite 1406
221 Ponce de León Avenue
Hato Rey, Puerto Rico 00917-1825

GUILLERMO GIL
United States Attorney

Jose Javier Santos Mimoso
Assistant U.S. Attorney
USDCPR- 208207
Room 452 Federal Building
150 Chardon Street
Hato Rey, Puerto Rico 00918
Tel. 766-5656

All of the above agreed upon is hereby APPROVED and ORDERED.

In San Juan, Puerto Rico, this 9th day of September, 1999.

_____
RAYMOND L. ACOSTA
UNITED STATES DISTRICT JUDGE

6