IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
UNITED STATES OF AMERICA              *
          Plaintiff,                  *
                                      *
     v.                               *  CASE NO. 97-2532(RLA)
                                      *
B) ONE RURAL LOT LOCATED AT CAMARONES *
WARD, GUAYNABO, PUERTO RICO, MORE FULLY *
DESCRIBED AT THE PROPERTIES REGISTRY  *
FOR THE COMMONWEALTH OF PUERTO RICO   *
AS FOLLOWS:                           *
                                      *
RUSTICA: PARCELA DE TERRENO EN EL     *
BARRIO CAMARONES DE GUAYNABO, PUERTO  *
RICO, COMPUESTO DE 948.78 METROS      *
CUADRADOS EN LINDES POR EL NORTE, EN  *
DOS ALINEACIONES CON CAMINO VECINAL,  *
AL SUR, CON GONZALO SILVA, FERMINA PENA,*
JUAN COLON, POR EL ESTE, CON JUAN     *
CAMACHO, Y POR EL OESTE, CON LA       *
CARRETERA ESTATAL #20.                *
                                      *
INSCRITA EN EL REGISTRO DE LA PROPIEDAD *
DE GUAYNABO AL FOLIO 245 DEL TOMO 371, *
FINCA 18,184.                         *
                                      *
                                      *
          Defendant.                  *
******************************************
```

## ORDER

Upon motion by the plaintiff, and after having been duly advised of all the facts, and after due deliberation, this Court hereby orders the Property Registrar for the Property Registry of Guaynabo, Puerto Rico to cancel the cautionary notice filed on the captioned defendant property.

        B) ONE RURAL LOT LOCATED AT CAMARONES
           WARD, GUAYNABO, PUERTO RICO, MORE FULLY
           DESCRIBED AT THE PROPERTIES REGISTRY

U.S.A. V. One Rural Lot, etc.
Civil Case No. 97-2532(RLA)
Page No. 2

    FOR THE COMMONWEALTH OF PUERTO RICO
AS FOLLOWS:

    RUSTICA: PARCELA DE TERRENO EN EL
BARRIO CAMARONES DE GUAYNABO, PUERTO
RICO, COMPUESTO DE 948.78 METROS
CUADRADOS EN LINDES POR EL NORTE, EN
DOS ALINEACIONES CON CAMINO VECINAL,
AL SUR, CON GONZALO SILVA, FERMINA PENA,
JUAN COLON, POR EL ESTE, CON JUAN
CAMACHO, Y POR EL OESTE, CON LA
CARRETERA ESTATAL #20.

    INSCRITA EN EL REGISTRO DE LA PROPIEDAD
DE GUAYNABO AL FOLIO 245 DEL TOMO 371,
FINCA 18,184.

Said Lis Pendens was presented at page 316, Entry 277, of property number #18184 at the Registry of Property of Guaynabo, Puerto Rico on November 5, 1997.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico this ___ day of September 1999.

                                              RAYMOND L. ACOSTA
                                              United States District Judge